

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00225-CV

---

JONATHAN DAVID TSUCHIYA          APPELLANT

V.

CITY OF BEDFORD, CITY OF          APPELLEES
COLLEYVILLE, CITY OF EULESS,
CITY OF GRAPEVINE, AND THE
CITY OF WESTLAKE

----------

FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 153-269543-13

----------

## MEMORANDUM OPINION[1]

----------

Pro se Appellant Jonathan David Tsuchiya attempts to appeal from a case still pending in the trial court. On July 24, 2014, we notified Appellant of our concern that we lack jurisdiction over this appeal because it does not appear to

---

[1]See Tex. R. App. P. 47.4.

arise from a final judgment or an appealable interlocutory order but instead appears premature.[2] We stated that if no party provided us with a signed copy of the order that Appellant seeks to appeal within twenty days of our letter, we would dismiss the appeal for want of jurisdiction.[3] We have received no response.

Accordingly, because this case remains pending in the trial court and there is no evidence that Appellant seeks to appeal an appealable interlocutory order, we dismiss this appeal for want of jurisdiction.[4]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  September 18, 2014

---

[2]See Tex. R. App. P. 26.1(a), 27.1(a).

[3]See Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a) (West Supp. 2014) (listing types of appealable interlocutory orders); Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex. 2001) (stating that generally an appeal may be taken only from a final judgment and that a judgment is final and appealable if it disposes of all parties and all issues); see also Tex. R. App. P. 42.3(a), 43.2(f).

[4]See Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a); Lehmann, 39 S.W.3d at 195; see also Tex. R. App. P. 42.3(a), 43.2(f).